ACCEPTED
03-14-00571-CR
5006398
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 1:35:36 PM
JEFFREY D. KYLE
CLERK

# ELLIS & MOCK PLLC
## Attorneys and Counselors at Law

125 South Irving Street
San Angelo, Texas 76903
Tel (325) 486-9800
Fax (325) 482-0565

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 1:35:36 PM
JEFFREY D. KYLE
Clerk

April 23, 2015

Honorable Jeffrey D. Kyle
Clerk of Court
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Re:   Raymon Medina v. The State of Texas
       Appeal Nos.:        03-14-00571-CR
       Trial Court No.:    B-13-0412-SA

Dear Mr. Kyle:

Please allow this to confirm that I have complied with Rule 48.4 of the Texas Rules of Appellate Procedure. I have attached a copy of the correspondence forwarded to Mr. Medina as well as a copy of the return receipt for said correspondence.

Should you have any questions, please feel free to contact me.

Sincerely,

/s/ Kelly J. Workman-Ellis
Kelly J. Workman-Ellis

cc:   Mr. Raymon Medina
       Ms. Meagan White

# ELLIS & MOCK PLLC

### Attorneys and Counselors at Law

125 South Irving Street
San Angelo, Texas 76903
Tel (325) 486-9800
Fax (325) 482-0565

## CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

April 13, 2015

Mr. Raymon Medina                              CMRR No. 70113500000332791233
TDCJ No. 01942797
J.B. Wheeler State Jail
986 County Road AA
Plainview, Texas 79072

> **RE:** *Raymon Medina vs. The State of Texas;* Cause No. 03-14-00571-CR; Court of Appeals;
> Third Judicial District (Trial Cause No. B-13-0412-SA)

Dear Mr. Medina:

Enclosed please find a copy of the Judgment and Memorandum Opinion rendered by the Texas Court of Appeals, Third District on April 10, 2015.

Pursuant to Rule 68 of the Texas Rules of Appellate Procedure you have a right to file a *pro se* petition for discretionary review with the Court of Criminal Appeals. This petition must be filed within thirty (30) days after the day the above judgment was rendered or the day the last timely motion for rehearing or timely motion for en banc reconsideration was overruled by the Court of Appeals. Should you choose to file such a petition, please review Rule 68 and the subsections.

It has been my pleasure to serve as your appellate counsel. I wish you the best of luck in the future.

VERY TRULY YOURS,

Kelly J. Workman-Ellis

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymon Medina
TDCJ 01942797
Wheeler Unit
986 County Road AA
Plainview, Tx 79072

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _M. Taylor_    ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

M. Taylor

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0003 3279 1233